**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HARP ANDREW AMAR,<br><br>                      Plaintiff,<br><br>v.<br><br>CITIGROUP, INC., CITIGROUP GLOBAL MARKETS HOLDINGS INC., CITIGROUP GLOBAL MARKETS, INC., EVERCORE GROUP, LLC, E. THOMAS MASSEY, JOHN/JANES DOES 1-10 AND ABC CORP. 1-10,<br><br>                      Defendants. | Civil No. __25-3784_____ |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

Pursuant to Local Civil Rule 11.2, the undersigned hereby certifies under penalty of perjury that the matters raised herein are not the subject of any other pending lawsuit, arbitration, or administrative proceedings except the underlying state court action, which is being removed.

Dated:   New York, New York
           May 2, 2025

                                   Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

                                   GIBBONS P.C.

                                   By:             *s/ Noel L. Hillman*
                                            Noel L. Hillman

Scott B. Luftglass (*pro hac vice* forthcoming)
Michael C. Keats (*pro hac vice* forthcoming)
Le G. Ho (*pro hac vice* forthcoming)

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
scott.luftglass@friedfrank.com
michael.keats@friedfrank.com
le.ho@friedfrank.com

                                   One Gateway Center
                                   Newark, New Jersey 07102
                                   (973) 596-4500
                                   nhillman@gibbonslaw.com

                                   *Attorneys for Defendants Evercore Group LLC*
                                   *and E. Thomas Massey (appearing in*
                                   *reservation of all jurisdictional and*
                                   *venue defenses)*